**Payslip**                                                                                       Page 1





TRACY A. WILLIAMS
6020.TEACHER.CATE CAREER PREP.TEAC
XXX-XX-
07-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE
CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 15-Aug-2025 | 01-Aug-2025 | 31-Aug-2025 | | 85,700.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 8,141.63 | 1,311.41 | 738.93 | 145.19 | 5,946.10 |
| YTD | 62,633.35 | 10,288.85 | 2,801.25 | 1,161.52 | 48,401.73 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.63 | 0.00 | 57,133.32 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -36.00 | -2,062.28 |
| CTE LEAD TEACHER | | | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| HIGH PRIORITY CAMP | | | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| SICK LEAVE BANK PAY | | | 0.00 | 0.00 | 0.00 | 36.00 | 2,082.31 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 671.68 | 5,167.26 |
| TRSC CARE | 52.92 | 407.11 |
| MEDICAL INSURANCE | 271.00 | 2,168.00 |
| FSA HEALTH CARE | 237.50 | 1,900.00 |
| DENTAL UNITED HC | 42.47 | 339.76 |
| CRITICAL ILLNESS | 31.10 | 248.80 |
| HOSPITAL INDEMNITY | 4.74 | 37.92 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 629.39 | 1,961.14 |
| Medicare | 109.54 | 840.11 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 329.84 |
| DISABILITY PLAN ST | 47.90 | 383.20 |
| ALLIANCE | 56.06 | 448.48 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Head of household | 0 | | 50.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 4071175196 | BANK OF AMERICA | C | XXXXXXX | 5,946.10 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found

Payslip Page 1



TRACY A. WILLIAMS
6020.TEACHER.CATE CAREER PREP.TEAC
XXX-
07-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE
CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 15-Jul-2025 | 01-Jul-2025 | 31-Jul-2025 | | 85,700.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 7,141.67 | 1,222.42 | 614.35 | 145.19 | 5,159.71 |
| YTD | 54,491.72 | 8,957.44 | 2,082.32 | 1,016.33 | 42,435.63 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.67 | 0.00 | 49,991.69 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -36.00 | -2,062.28 |
| HIGH PRIORITY CAMP | | | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| SICK LEAVE BANK PAY | | | 0.00 | 0.00 | 0.00 | 36.00 | 2,062.31 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 589.19 | 4,495.58 |
| TRSC CARE | 46.42 | 354.19 |
| MEDICAL INSURANCE | 271.00 | 1,897.00 |
| FSA HEALTH CARE | 237.50 | 1,662.50 |
| DENTAL UNITED HC | 42.47 | 297.29 |
| CRITICAL ILLNESS | 31.10 | 217.70 |
| HOSPITAL INDEMNITY | 4.74 | 33.18 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 519.30 | 1,331.75 |
| Medicare | 95.05 | 730.57 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 288.61 |
| DISABILITY PLAN ST | 47.90 | 335.30 |
| ALLIANCE | 56.06 | 392.42 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Head of household | 0 | | 50.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 4049728055 | BANK OF AMERICA | C | XXXXX | 5,159.71 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found

Payslip — Page 1



**TRACY A. WILLIAMS**
6020.TEACHER.CATE CAREER PREP.TEAC
XXX
07-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 13-Jun-2025 | 01-Jun-2025 | 30-Jun-2025 | | 85,700.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 11,641.68 | 1,622.92 | 160.29 | 145.19 | 9,713.28 |
| YTD | 47,350.05 | 7,735.02 | 1,447.97 | 871.14 | 37,295.92 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.67 | 0.00 | 42,850.02 |
| DOCK DOCK | | | 57.285 | -8.00 | -458.28 | -36.00 | -2,062.28 |
| HIGH PRIORITY CAMP | | | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| SICK LEAVE BANK PAY | | | 57.28625 | 8.00 | 458.29 | 36.00 | 2,062.31 |

### Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| SICK LEAVE BANK PAY | 57.2861 | 8 | 458.29 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 960.44 | 3,906.39 |
| TRSC CARE | 75.67 | 307.77 |
| MEDICAL INSURANCE | 271.00 | 1,626.00 |
| FSA HEALTH CARE | 237.50 | 1,425.00 |
| DENTAL UNITED HC | 42.47 | 254.82 |
| CRITICAL ILLNESS | 31.10 | 186.60 |
| HOSPITAL INDEMNITY | 4.74 | 28.44 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 812.45 |
| Medicare | 160.29 | 635.52 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 247.38 |
| DISABILITY PLAN ST | 47.90 | 287.40 |
| ALLIANCE | 56.06 | 336.36 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Exempt | 0 | | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 4032267072 | BANK OF AMERICA | C | XXXXXX | 9,713.28 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found

Payslip                                                                                                    Page 1

# DALLAS



TRACY A. WILLIAMS
6020.TEACHER.CATE CAREER PREP.TEAC
XXX-XX-

07-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE
CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 15-May-2025 | 01-May-2025 | 31-May-2025 | | 85,700.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 6,883.39 | 1,181.63 | 88.40 | 145.19 | 5,268.17 |
| YTD | 34,104.35 | 5,969.34 | 1,264.42 | 725.95 | 26,144.64 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.67 | 0.00 | 35,708.35 |
| DOCK DOCK | | | 57.285 | -8.00 | -458.28 | -28.00 | -1,604.00 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 551.38 | 2,813.62 |
| TRSC CARE | 43.44 | 221.67 |
| MEDICAL INSURANCE | 271.00 | 1,355.00 |
| FSA HEALTH CARE | 237.50 | 1,187.50 |
| DENTAL UNITED HC | 42.47 | 212.35 |
| CRITICAL ILLNESS | 31.10 | 155.50 |
| HOSPITAL INDEMNITY | 4.74 | 23.70 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 812.45 |
| Medicare | 88.40 | 451.97 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 206.15 |
| DISABILITY PLAN ST | 47.90 | 239.50 |
| ALLIANCE | 56.06 | 280.30 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Exempt | 0 | | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 4011939238 | BANK OF AMERICA | C | XXXXXXX | 5,268.17 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found

**Payslip** — Page 1





TRACY A. WILLIAMS
6020.TEACHER.CATE CAREER PREP.TEAC
XXX-X
07-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE
CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 15-Apr-2025 | 01-Apr-2025 | 30-Apr-2025 | | 85,700.00 |

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 7,141.67 | 1,222.42 | 564.35 | 145.19 | 5,209.71 |
| YTD | 27,420.96 | 4,787.71 | 1,176.02 | 580.76 | 20,876.47 |

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.67 | 0.00 | 28,566.68 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -20.00 | -1,145.72 |

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 589.19 | 2,262.24 |
| TRSC CARE | 46.42 | 178.23 |
| MEDICAL INSURANCE | 271.00 | 1,084.00 |
| FSA HEALTH CARE | 237.50 | 950.00 |
| DENTAL UNITED HC | 42.47 | 169.88 |
| CRITICAL ILLNESS | 31.10 | 124.40 |
| HOSPITAL INDEMNITY | 4.74 | 18.96 |

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 469.30 | 812.45 |
| Medicare | 95.05 | 363.57 |

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 164.92 |
| DISABILITY PLAN ST | 47.90 | 191.60 |
| ALLIANCE | 56.06 | 224.24 |

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Head of household | 0 | | 0.00 | 0.00 | 0.00 |

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3988714539 | BANK OF AMERICA | C | XXXXX | 5,209.71 |

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | |

| Description | Value |
|---|---|
| No Results Found | |

No Message(s) Found



**Payslip**   Page 1



TRACY A. WILLIAMS
6020.TEACHER.CATE CAREER PREP.TEAC
XXX-XX-

01-Aug-2017
21-Jan-1997

025-SKYLINE HS
SKYLINE HIGH SCHOOL.TEACHER.CATE
CAREER PREP.199-11-00-22.F
MONTHLY
1203 Fern Glen Trail
Dallas, TX 75241
US

DISD
972-925-4200
SKYLINE HIGH SCHOOL
DISD MONTHLY
Week

TEACHER.TEI.187.NR.E187

9400 NORTH CENTRAL EXPRESSWAY
ADMIN BLDG
Dallas, TX 75231
US

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 11-Mar-2025 | 01-Mar-2025 | 31-Mar-2025 | | 85,700.00 |

|  | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,995.95 | 1,120.45 | 421.58 | 145.19 | 4,308.73 |
| YTD | 20,279.29 | 3,565.29 | 611.67 | 435.57 | 15,666.76 |

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| DISD MONTHLY | | | 0.00 | 0.00 | 7,141.67 | 0.00 | 21,425.01 |
| DOCK DOCK | | | 57.286 | -20.00 | -1,145.72 | -20.00 | -1,145.72 |

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 494.67 | 1,673.05 |
| TRSC CARE | 38.97 | 131.81 |
| MEDICAL INSURANCE | 271.00 | 813.00 |
| FSA HEALTH CARE | 237.50 | 712.50 |
| DENTAL UNITED HC | 42.47 | 127.41 |
| CRITICAL ILLNESS | 31.10 | 93.30 |
| HOSPITAL INDEMNITY | 4.74 | 14.22 |

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 343.15 | 343.15 |
| Medicare | 78.43 | 268.52 |

| Description | Current | YTD |
|---|---|---|
| DISABILITY PLAN | 41.23 | 123.69 |
| DISABILITY PLAN ST | 47.90 | 143.70 |
| ALLIANCE | 56.06 | 168.18 |

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Head of household | 0 | | 0.00 | 0.00 | 0.00 |

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3966318225 | BANK OF AMERICA | C | XXXXXX | 4,308.73 |

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | |

| Description | Value |
|---|---|
| No Results Found | |

No Message(s) Found